```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

SAIYD MUHAMMAD,              )
                             )
         Plaintiff,          )
                             )
    v.                       )         1:18CV553
                             )
MR. TIDWELL,                 )
                             )
         Defendant(s).       )

## ORDER

On July 3, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) On August 2, 2018, Plaintiff filed untimely objections (Doc. 4) to the Recommendation. See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections."). The court will take into consideration Plaintiff's objections.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.[1]

---

[1] To the extent Plaintiff's objections (Doc. 4) request that this court clarify or modify the Judgment filed in 1:14CR353-1 (Doc. 68), that motion is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's letters (Doc. 1) are construed as an action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and that this action be, and is hereby, dismissed without prejudice to Plaintiff filing a new complaint, on the proper forms and in a proper district, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of August, 2018.

_____
United States District Judge